UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:                                                    Case No.: 18-19630-BKC-MAM
                                                          Chapter 13 proceeding

**Rojo, Luis Enrique,**

    Debtor.
_____/

## SCOTT LEWIS GARDEN & TRIMMING, INC. NOTICE OF WITHDRAWAL OF CLAIM [#3-1]

**Scott Lewis Garden & Trimming, Inc.,** ("SLGT" or "Creditor") by and through undersigned counsel files this its Notice of Withdrawal of Claim **[#3-1]**.

**WHEREFORE**, Creditor SLGT respectfully requests that the Bankruptcy Court take notice of the withdrawal and for such further relief as the Court deems proper.

## CERTIFICATIONS

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).
**I HEREBY CERTIFY** that a true copy of this Motion has been furnished by electronic notice on this date to the service matrix

Dated:   April 23, 2019          **The Talarchyk Firm**
                                 /s/ *Tina M. Talarchyk, Esquire*
                                 Tina M. Talarchyk, Esquire
                                 Fla. Bar No. 794872
                                 The Worth Avenue Building
                                 205 Worth Avenue, Suite 320
                                 Palm Beach, FL 33480
                                 (O) +1.561.899.3333
                                 (F)  +1.561.899.3379
                                 tmt@palmbeachbk11.com
                                 www.palmbeachbk11.com

.

## Service Matrix

**Electronic Mail Notice List**
18-19630-MAM Notice will be electronically mailed to:

Angelo A. Gasparri on behalf of Debtor Luis Enrique Rojo
angelo@drlclaw.com,
lawgroup@drlclaw.com;robert@drlclaw.com;a.ar75275@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Christopher P Salamone on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-5 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-5
csalamone@rasflaw.com, csalamone@rasflaw.com

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com